

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-8-2007

# Bowers v. Natl Collegiate

Precedential or Non-Precedential: Precedential

Docket No. 05-2262

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Bowers v. Natl Collegiate" (2007). *2007 Decisions.* Paper 1391.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1391

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

Nos. 05-2262, 05-2268, 05-2269 and 05-2426

———

KATHLEEN BOWERS,
Appellant, No. 05-2269

v.

THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,
as an Association and a Representative
of its Member Schools, a/k/a NCAA;
TEMPLE UNIVERSITY;
UNIVERSITY OF IOWA

*Barbara E. Ransom,
Appellant, No. 05-2262

*Richard L. Bazelon,
Appellant, No. 05-2268

*(Pursuant to FRAP 12(a))

University of Iowa,
Appellant, No. 05-2426

———

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 97-cv-02600)
District Judge:  Honorable Jerome B. Simandle

———

Argued September 11, 2006
Before: FUENTES, FISHER and BRIGHT,[*] *Circuit Judges*.

## ORDER AMENDING OPINION

IT IS HEREBY ORDERED that the opinion in the above case, filed February 1, 2007, be amended as follows:

Page 31, first full paragraph, second sentence, which read:
> The District Court was clearly correct in finding that the failure by Bowers and attorneys for Bowers to turn over information regarding his subsequent treatments with physicians for drug addiction from Fall 1998 until his death was willful and in bad faith.

shall read:
> The District Court was clearly correct in finding that the failure by Bowers to turn over information regarding his subsequent treatments with physicians for drug addiction from Fall 1998 until his death was willful and in bad faith.

By the Court,

*/s/ D. Michael Fisher*
Circuit Judge

Dated: March 8, 2007

---

[*]The Honorable Myron H. Bright, United States Circuit Judge for the Eighth Circuit, sitting by designation.